**Daniel S. O'SHEA, Plaintiff–Appellant,**

v.

**LOCAL UNION NO. 639, International Brotherhood of Teamsters; United Parcel Service, Incorporated, Defendants–Appellees.**

No. 06–1460.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 18, 2006.

Daniel S. O'Shea, Appellant Pro Se. Mark J. Murphy, Mooney, Green, Baker & Saindon, Washington, D.C.; Richard J.

Hafets, DLA Piper Rudnick Gray Cary U.S. LLP, Baltimore, Maryland, for Appellees.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel S. O'Shea appeals the district court's order granting summary judgment to the Defendants in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *O'Shea v. Local Union No. 639*, No. 8:05–cv–00937–JFM (D.Md. Aug. 4, 2006) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*